| AO 10<br>Rev. 1/2013 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2012 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)<br><br>CRISTOL, A. J. | 2. Court or Organization<br><br>US BANKRUPTCY SOUTHERN FLORIDA | 3. Date of Report<br><br>11/05/2013 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>   magistrate judges indicate full- or part-time)<br><br>CHIEF JUDGE EMERITUS | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☑   Amended Report | 6. Reporting Period<br><br>01/01/2012<br>to<br>12/31/2012 |
| 7. Chambers or Office Address<br><br>CHAMBERS 1412<br>51 SW FIRST AVENUE<br>MIAMI, FLORIDA 33130-1669 | **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,<br>checking the NONE box for each part where you have no reportable information.* | |

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐   NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee of the Board | American Red Cross, Greater Miami & Keys Chapter |
| 2. | Judicial Director | University of Miami School of Law |
| 3. | Trustee | Trust #1 |
| 4. | Trustee | Trust #2 |
| 5. | Trustee | Trust #3 |
| 6. | Personal Representative | Estate #1 |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑   NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
| --- | --- | --- | --- |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
| --- | --- | --- |
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
| --- | --- | --- | --- | --- | --- |
| 1. | American Bankruptcy Institute | 02/02-05 | San Juan, PR | Educational seminar or program | Air, Hotel, meals |
| 2. | Federal Judicial Center | 03/26-29 | Charleston, SC | Educational seminar or program | Air, Hotel, meals |
| 3. | Federal Judicial Center | 04/03-06 | Cambridge, MA | Educational seminar or program | Air, Hotel, meals |
| 4. | Bankruptcy Bar Assiciation | 05/10-13 | Marco Island, FL | Educational seminar or program | Air, Hotel, meals |
| 5. | Administrative Office of the United States Courts | 08/21-22 | Atlanta, GA | Meeting | Air, Hotel, meals |

| Name of Person Reporting | Date of Report |
| --- | --- |
| CRISTOL, A. J. | 11/05/2013 |

| | | | | | |
| --- | --- | --- | --- | --- | --- |
| 6. | National Conference of Bankruptcy Judges | 10/23-28 | San Diego, CA | Educational seminar or program | Hotel, Meals |
| 7. | George Mason Univeristy School of Law | 12/01-07 | Miami, FL | Educational seminar or program | Meals |

| Name of Person Reporting | Date of Report |
|---|---|
| CRISTOL, A. J. | 11/05/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CRISTOL, A. J. | 11/05/2013 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. | 702 General Electric | A | Dividend | | | Sold | 09/14/12 | K | D | |
| 2. | 713 General Electric | C | Dividend | M | T | | | | | |
| 3. | 905 Florida State Board Education | B | Interest | | | Sold | 3/22/12 | K | B | |
| 4. | 906 Florida State Board Education | B | Interest | K | T | | | | | |
| 5. | 924 Hospitality Properties | A | Dividend | J | T | | | | | |
| 6. | 128 Municipal Mortgage | A | Interest | K | T | | | | | |
| 7. | 198 Alliance National | A | Dividend | | | Sold | 3/21/12 | K | B | |
| 8. | 220 Alliance National | A | Interest | | | Sold | 3/21/12 | J | A | |
| 9. | 464 Reserve Yield Plus Fund | A | Dividend | J | T | | | | | |
| 10. | 479 Blackrock Corp High Yield Fund | B | Dividend | K | T | Buy (add'l) | 1/3/12 | K | | |
| 11. | 520 Lee County | B | Interest | | | Sold | 3/29/12 | K | B | |
| 12. | 521 Tampa | A | Interest | | | Sold | 01/03/12 | K | A | aj |
| 13. | 525 Golden Beach | A | Interest | K | T | | | | | |
| 14. | 529 Florida State Education | B | Interest | | | Sold | 3/22/12 | K | B | |
| 15. | 530 Miami-Dade Aviation | B | Interest | K | T | Sold (part) | 4/10/12 | K | A | |
| 16. | 532 Cohen & Steers | A | Dividend | K | T | | | | | |
| 17. | 563 Orange County | B | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | N =$250,001 - $500,000 |
| | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CRISTOL, A. J. | 11/05/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. 567Merck | C | Dividend | | | Sold | 1/31/12 | L | D | |
| 19. 568Elbit | A | Dividend | J | T | | | | | |
| 20. 571 AT&T | B | Dividend | L | T | | | | | |
| 21. 572 Kraft | A | Dividend | | | Sold (part) | 10/2/12 | J | A | |
| 22. 572 Kraft | A | Dividend | | | Sold | 11/5/12 | J | B | |
| 23. 573 Missouri | A | Interest | | | Sold | 3/26/12 | K | B | |
| 24. 628 Puerto Rico Comnwlth | A | Interest | J | T | Sold (part) | 5/3/12 | J | A | |
| 25. 631 Dow Chemical | A | Dividend | | | Sold | 2/01/12 | K | D | |
| 26. 632 Apple Inc | A | Dividend | | | Donated | | | | |
| 27. 633 Southern Copper | | None | | | Sold | 1/18/12 | K | A | |
| 28. 634 Transocean LTD | A | Dividend | | | Sold | 2/27/12 | K | E | |
| 29. 636 LRR Energy LP Com | A | Distribution | | | Sold | 9/28/12 | K | A | |
| 30. 637 AK STL HLDG Corp Com (X) | A | Dividend | | | Buy | 1/31/12 | J | | |
| 31. 637 AK STL HLDG Corp Com (X) | A | Dividend | | | Sold | 4/25/12 | J | A | |
| 32. 638 BP PLC SPONS ADR (X) | B | Dividend | L | T | Buy | 2/27/12 | L | | |
| 33. 638 BP PLC SPONS ADR (X) | B | Dividend | L | T | Sold (part) | 6/18/12 | K | A | |
| 34. 639 Conocophillips Corp Com (X) | A | Dividend | | | Buy | 1/10/12 | L | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | | P4 =More than $50,000,000 | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CRISTOL, A. J. | 11/05/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. 639 Conocophillips Corp Com (X) | A | Dividend | | | Sold | 2/27/12 | L | C | |
| 36. 640 FreePort McMoran Copper & Gold (X) | A | Dividend | K | T | Buy | 2/13/12 | K | | |
| 37. 640 FreePort McMoran Copper & Gold (X) | A | Dividend | K | T | Sold (part) | 6/22/12 | K | A | |
| 38. 641 Hess Corporation Com (X) | A | Dividend | | | Buy | 2/15/12 | K | | |
| 39. 641 Hess Corporation Com (X) | A | Dividend | | | Sold | 4/30/12 | K | A | |
| 40. 642 Nuveen Real Estate Fund Com (X) | A | Dividend | J | T | Buy | 1/12/12 | J | | |
| 41. 643 Plains All American Pipeline Com (X) | | None | K | T | Buy | 3/6/12 | K | | |
| 42. 644 QR Energy LP Com (X) | | None | K | T | Buy | 2/9/12 | L | | |
| 43. 644 QR Energy LP Com (X) | | None | K | T | Sold (part) | 3/21/12 | K | B | |
| 44. 645 United States Steel Corp Com (X) | | None | | | Buy | 1/31/12 | K | | |
| 45. 645 United States Steel Corp Com (X) | | None | | | Sold | 2/1/12 | K | C | |
| 46. 646 Southern Copper Corp (X) | | None | K | T | Buy | 2/13/12 | K | | |
| 47. CVS Caremark (X) | | None | J | T | Buy | 11/16/12 | J | | |
| 48. Mondelez Inc (X) | A | Dividend | J | T | Buy | 1/1/12 | J | | |
| 49. Starbucks (X) | A | Dividend | J | T | Buy | 11/5/12 | J | | |
| 50. Miller Convertible Fund (X) | | None | J | T | Buy | 7/3/12 | J | | |
| 51. Miller Convertible Fund (X) | | None | J | T | Buy (add'l) | 8/2/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CRISTOL, A. J. | 11/05/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Linn Energy (X) | | None | K | T | Buy | 3/21/12 | K | | |
| 53. Best Buy Co (X) | A | Interest | K | T | Buy | 4/10/12 | K | | |
| 54. Connecticut ST SER (X) | B | Interest | L | T | Buy | 8/13/12 | L | | |
| 55. District Columbia Ambac (X) | B | Interest | K | T | Buy | 5/3/12 | K | | |
| 56. Hillsborough County FL (X) | | None | K | T | Buy | 11/15/12 | K | | |
| 57. Arizona St Transn Brd (X) | A | Interest | K | T | Buy | 3/26/12 | K | | |
| 58. Florida St Brd Lottery (X) | A | Interest | K | T | Buy | 3/23/12 | K | | |
| 59. Lord Abbett Floating Rate (X) | B | Dividend | K | T | Buy | 3/21/12 | K | | |
| 60. Lord Abbett Floating Rate (X) | B | Dividend | K | T | Buy (add'l) | 6/22/12 | J | | |
| 61. Lord Abbett Floating Rate (X) | B | Dividend | K | T | Buy (add'l) | 9/28/12 | J | | |
| 62. RS Floating Rate Fund (X) | B | Dividend | K | T | Buy | 3/29/12 | K | | |
| 63. RS Floating Rate Fund (X) | B | Dividend | K | T | Buy (add'l) | 6/22/12 | J | | |
| 64. RS Floating Rate Fund (X) | B | Dividend | K | T | Buy (add'l) | 9/28/12 | J | | |
| 65. SPDR Gold Trust (X) | A | Dividend | K | T | Buy | 6/22/12 | K | | |
| 66. Trust #1 | G | Interest | | | | | | | |
| 67. Trust #1 | F | Dividend | | | | | | | |
| 68. -223 Orange County | | | | | Sold | 5/25/12 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CRISTOL, A. J. | 11/05/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -324 Florida State | | | | | Sold | 2/24/12 | J | A | |
| 70. -664 Tampa Utilities Zero | | | | | Sold | 6/18/12 | L | D | |
| 71. -744 Sara Lee | | | | | Sold | 5/31/12 | J | A | |
| 72. -889 Dell | | | | | Sold | 5/4/12 | J | | |
| 73. -907 Miami-Dade | | | | | Sold | 1/13/12 | J | A | |
| 74. -997 Home Depot | | | | | Sold | 6/28/12 | J | C | |
| 75. -6 St. Joe Paper | | | | | Sold | 6/20/12 | J | A | |
| 76. -87 T. Rowe Price Fund | | | | | Sold | 5/30/12 | K | C | |
| 77. -119 St. John's County | | | | | Sold | 4/4/12 | J | A | |
| 78. -130 BFC Financial | | | | | Sold | 6/5/12 | J | A | |
| 79. -167 Ingersoll | | | | | Sold | 7/26/12 | J | A | |
| 80. -247 Alcoa | | | | | Sold | 3/29/12 | J | A | |
| 81. -250 Exxon Mobil | | | | | Sold | 5/9/12 | K | C | |
| 82. -282 Putnam High Yield Fund | | | | | Sold | 6/28/12 | J | A | |
| 83. -283 Aberdeen Asia | | | | | Sold | 4/12/12 | K | C | |
| 84. -319 Watsco | | | | | Sold | 7/26/12 | J | A | |
| 85. -335 Suncor | | | | | Sold | 6/28/12 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CRISTOL, A. J. | 11/05/2013 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -387 Hanesbrands | | | | | Sold | 5/31/12 | J | A | |
| 87. -410 Travel Centers | | | | | Sold | 5/3/12 | J | A | |
| 88. -412 Tobacco Settlement | | | | | Sold | 5/25/12 | K | A | |
| 89. -421 Broadridge Financial | | | | | Sold | 5/7/12 | J | A | |
| 90. -431 RSC Holdings | | | | | Sold | 4/30/12 | J | A | |
| 91. -440 Applied Energetics, Inc. | | | | | Sold | 6/20/12 | J | A | |
| 92. -463 Volusia County | | | | | Sold | 5/14/12 | K | A | |
| 93. -477 Gramercy Capital Corp. | | | | | Sold | 3/28/12 | J | B | |
| 94. -488 ING Group | | | | | Sold | 1/13/12 | K | A | |
| 95. -505 Florida Keys Aqueduct | | | | | Sold | 2/24/12 | K | B | |
| 96. -522 South Miami Health | | | | | Sold | 2/13/12 | K | A | |
| 97. -529 Florida State Education | | | | | Sold | 2/24/12 | K | A | |
| 98. -535 Florida Gulf Coast | | | | | Sold | 5/14/12 | J | A | |
| 99. -544 Brevard County | | | | | Sold | 3/8/12 | M | C | |
| 100. -550 Brevard Health | | | | | Sold | 2/22/12 | M | D | |
| 101. -557 New Jersey Economic | | | | | Sold | 4/03/12 | L | D | |
| 102. -558 Port St. Lucie | | | | | Sold | 2/13/12 | L | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CRISTOL, A. J. | 11/05/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. -559 BB&T Capital | | | | | Sold | 7/18/12 | J | A | |
| 104. -560 Duval County School | | | | | Sold | 6/29/12 | L | C | |
| 105. -574 Praxair Inc. | | | | | Sold | 5/30/12 | K | C | |
| 106. -579 Lee Mem | | | | | Sold | 2/24/12 | L | B | |
| 107. -581 Escambia | | | | | Sold | 4/10/12 | M | B | |
| 108. -583 Cape Coral UTL | | | | | Sold (part) | 1/11/12 | K | C | |
| 109. -583 Cape Coral UTL | | | | | Sold | 2/24/12 | K | B | |
| 110. -591 Bay County FL Sch Brd | | | | | Sold | 2/13/12 | L | C | |
| 111. -596 Sumter | | | | | Sold | 2/24/12 | J | A | |
| 112. -598 Volusia County FL Indl Dev | | | | | Sold | 2/8/12 | K | A | |
| 113. -598 Volusia County FL Indl Dev | | | | | Sold | 5/14/12 | K | C | |
| 114. -599 Miramar FLA Cap | | | | | Sold | 1/13/12 | L | C | |
| 115. -600 Capital PJS | | | | | Sold | 2/24/12 | L | B | |
| 116. -601 Ocoee FLA Wtr&Sewer | | | | | Sold | 5/25/12 | J | A | |
| 117. -602 Highlands Health | | | | | Sold | 7/5/12 | K | A | |
| 118. -614 Cityplace DEV | | | | | Sold | 5/7/12 | K | A | |
| 119. -615 Port Palm Beach | | | | | Sold | 1/23/12 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CRISTOL, A. J. | 11/05/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120.  -616 Cape Coral | | | | | Sold | 2/8/12 | L | C | |
| 121.  -619 Northern Palm Bch Cnty | | | | | Sold | 1/23/12 | K | A | |
| 122.  -633 Guggenheim | | | | | Sold (part) | 5/30/12 | J | A | |
| 123.  -633 Guggenheim | | | | | Sold | 6/5/12 | J | A | |
| 124.  -637 Nuveen Real Estate Income Fund | | | | | Buy (add'l) | 1/12/12 | M | | |
| 125.  -637 Nuveen Real Estate Income Fund | | | | | Buy (add'l) | 1/23/12 | M | | |
| 126.  -637 Nuveen Real Estate Income Fund | | | | | Sold (part) | 3/20/12 | N | A | |
| 127.  -637 Nuveen Real Estate Income Fund | | | | | Sold | 3/21/12 | J | A | |
| 128.  -646 Chevron Corporation New | | | | | Sold | 1/20/12 | M | D | |
| 129.  -647 Chicago ILL, GO BDS | | | | | Sold | 6/1/12 | K | C | |
| 130.  -649 Clay Cnty Sch Brd Ctf Partn | | | | | Sold | 2/13/12 | K | B | |
| 131.  -650 Conocophillips | | | | | Buy (add'l) | 1/10/12 | L | | |
| 132.  -650 Conocophillips | | | | | Buy (add'l) | 6/01/12 | M | | |
| 133.  -650 Conocophillips | | | | | Sold (part) | 2/27/12 | N | E | |
| 134.  -650 Conocophillips | | | | | Sold | 7/3/12 | M | D | |
| 135.  -651 Dallas Fort TX Intl Arpt | | | | | Sold | 6/1/12 | K | B | |
| 136.  -652 Deutsche Bank Capital Funding | | | | | Sold | 1/27/12 | K | A | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CRISTOL, A. J. | 11/05/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137.  -653 District Columbia Ballpark Rev | | | | | Sold | 5/14/12 | K | B | |
| 138.  -658 Illinois Fin Auth Rev | | | | | Sold (part) | 1/11/12 | K | C | |
| 139.  -658 Illinois Fin Auth Rev | | | | | Sold | 7/6/12 | K | B | |
| 140.  -661 LRR Energy LP | | | | | Buy (add'l) | 1/23/12 | M | | |
| 141.  -661 LRR Energy LP | | | | | Sold | 3/13/12 | N | E | |
| 142.  -663 Leggett & Platt Incorporated | | | | | Sold | 7/26/12 | K | A | |
| 143.  -664 Merck & Company Incorporated | | | | | Sold | 1/31/12 | K | C | |
| 144.  -665 Metropolitan Pier & Exposition | | | | | Sold (part) | 6/12/12 | M | A | |
| 145.  -665 Metropolitan Pier & Exposition | | | | | Sold | 6/1/12 | M | D | |
| 146.  -667 Miami-Dade Cnty FL Expy Auth | | | | | Sold | 2/13/12 | K | C | |
| 147.  -671 Pembroke Pine FL CAP Impt Rev | | | | | Sold | 1/11/12 | L | C | |
| 148.  -672 Pennsylvania St Higher EDL Fac | | | | | Sold | 6/29/12 | L | C | |
| 149.  -677 Washington DC Convention CTR | | | | | Sold | 5/14/12 | L | C | |
| 150.  -679 Transocean Limited Reg SHS | | | | | Sold | 1/19/12 | M | E | |
| 151.  -681 Goldman Sachs Group (X) | | | | | Buy | 7/31/12 | M | | |
| 152.  -681 Goldman Sachs Group (X) | | | | | Buy (add'l) | 8/3/12 | M | | |
| 153.  -681 Goldman Sachs Group (X) | | | | | Sold | 8/21/12 | M | D | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CRISTOL, A. J. | 11/05/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154.  -686 Plains All Amern Pipeline LP (X) | | | | | Buy | 3/6/12 | M | | |
| 155.  -686 Plains All Amern Pipeline LP (X) | | | | | Sold | 5/29/12 | M | A | |
| 156.  -688 QR Energy LP Unit LTD (X) | | | | | Buy | 2/3/12 | M | | |
| 157.  -688 QR Energy LP Unit LTD (X) | | | | | Buy (add'l) | 2/9/12 | M | | |
| 158.  -688 QR Energy LP Unit LTD (X) | | | | | Sold | 3/15/12 | M | E | |
| 159.  -689 Qualcomm Incorporated (X) | | | | | Buy | 7/30/12 | L | | |
| 160.  -689 Qualcomm Incorporated (X) | | | | | Buy (add'l) | 8/3/12 | L | | |
| 161.  -689 Qualcomm Incorporated (X) | | | | | Sold | 8/22/12 | M | B | |
| 162.  -692 Schlumberger limited (X) | | | | | Buy | 1/18/12 | M | | |
| 163.  -692 Schlumberger limited (X) | | | | | Buy (add'l) | 1/19/12 | M | | |
| 164.  -692 Schlumberger limited (X) | | | | | Buy (add'l) | 4/3/12 | L | | |
| 165.  -692 Schlumberger limited (X) | | | | | Buy (add'l) | 6/1/12 | M | | |
| 166.  -692 Schlumberger limited (X) | | | | | Buy (add'l) | 6/11/12 | M | | |
| 167.  -692 Schlumberger limited (X) | | | | | Sold (part) | 1/26/12 | N | E | |
| 168.  -692 Schlumberger limited (X) | | | | | Sold (part) | 5/8/12 | L | E | |
| 169.  -692 Schlumberger limited (X) | | | | | Sold | 7/20/12 | N | E | |
| 170.  -697 United States Steel (X) | | | | | Buy | 1/31/12 | M | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. -697 United States Steel (X) | | | | | Buy (add'l) | 2/3/12 | L | | |
| 172. -697 United States Steel (X) | | | | | Sold | 2/6/12 | M | D | |
| 173. -698 VOC Energy TR (X) | | | | | Buy | 1/20/12 | M | | |
| 174. -698 VOC Energy TR (X) | | | | | Sold | 4/26/12 | M | C | |
| 175. -701 Seadrill Limited (X) | | | | | Buy | 3/23/12 | N | | |
| 176. -701 Seadrill Limited (X) | | | | | Buy (add'l) | 5/15/12 | L | | |
| 177. -701 Seadrill Limited (X) | | | | | Buy (add'l) | 5/25/12 | L | | |
| 178. -701 Seadrill Limited (X) | | | | | Sold | 7/27/12 | O | E | |
| 179. Trust # 2 | E | Interest | P1 | T | | | | | |
| 180. Trust # 2 | D | Dividend | P1 | T | | | | | |
| 181. -100 City of Jacksonville | | | | | | | | | |
| 182. -235 FL ST BD | | | | | | | | | |
| 183. -285 Wal Mart | | | | | Sold (part) | 6/18/12 | K | D | |
| 184. -285 Wal Mart | | | | | Sold (part) | 12/20/12 | J | C | |
| 185. -389 Jacksonville Electric | | | | | | | | | |
| 186. -466 Johnson&Johnson | | | | | | | | | |
| 187. -636 Dade County S/O | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CRISTOL, A. J. | 11/05/2013 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. -738 Ebay | | | | | | | | | |
| 189. -757 Oracle | | | | | Sold (part) | 7/26/12 | J | A | |
| 190. -757 Oracle | | | | | Sold | 11/12/12 | K | A | |
| 191. -765 Citiplace | | | | | | | | | |
| 192. -786 Miami-Dade Public Safety | | | | | | | | | |
| 193. -789 Automatic Data | | | | | | | | | |
| 194. -791 Target | | | | | | | | | |
| 195. -794 Procter&Gamble | | | | | | | | | |
| 196. -900 SWA | | | | | | | | | |
| 197. -904 Hospitality Properties | | | | | | | | | |
| 198. -940 Tampa Health | | | | | | | | | |
| 199. -955 Smucker | | | | | Buy (add'l) | 6/25/12 | J | | |
| 200. -971 GE | | | | | | | | | |
| 201. -29 Home Depot | | | | | | | | | |
| 202. -66 Bed, Bath, &Beyond | | | | | Sold | 12/20/12 | J | B | |
| 203. -95 Palm Beach | | | | | | | | | |
| 204. -112 Municipal Mortgage | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. -115 Municipal Mortgage | | | | | | | | | |
| 206. -129 Macquarie | | | | | | | | | |
| 207. -162 Biomed Realty | | | | | Sold | 10/10/12 | J | A | |
| 208. -186 Thornburg Mtge Inc | | | | | | | | | |
| 209. -214 Eaton Vance Enhanced Equity Income FD II | | | | | Sold | 11/6/12 | J | A | |
| 210. -332 Agilysys | | | | | Sold | 8/20/12 | J | A | |
| 211. -351 Heico | | | | | Buy (add'l) | 4/4/12 | J | | |
| 212. -352 MEMC Electronics | | | | | | | | | |
| 213. -353 Claymore | | | | | | | | | |
| 214. -394 Teekay Offshore Fund | | | | | | | | | |
| 215. -400 Nova Star | | | | | | | | | |
| 216. -402 Nucor | | | | | Sold | 8/20/12 | K | A | |
| 217. -404 AT&T | | | | | | | | | |
| 218. -423 Opko Health | | | | | Buy (add'l) | 6/6/12 | J | | |
| 219. -433 William Lyon | | | | | | | | | |
| 220. -438 Six Flags | | | | | | | | | |
| 221. -439 Pioneer Municipal Fund | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CRISTOL, A. J. | 11/05/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222.  -441 Lazard Global | | | | | | | | | |
| 223.  -451 Long Beach | | | | | Sold | 10/11/12 | K | B | |
| 224.  -461 Volusia County | | | | | | | | | |
| 225.  -462 Cohen&Steers | | | | | | | | | |
| 226.  -466 ING Clarion | | | | | | | | | |
| 227.  -475 Municipal Mortgage | | | | | | | | | |
| 228.  -487 Allianz | | | | | Buy (add'l) | 4/12/12 | J | | |
| 229.  -487 Allianz | | | | | Buy (add'l) | 5/4/12 | J | | |
| 230.  -487 Allianz | | | | | Buy (add'l) | 5/21/12 | J | | |
| 231.  -487 Allianz | | | | | Buy (add'l) | 6/28/12 | J | | |
| 232.  -492 Akamai Technologies | | | | | | | | | |
| 233.  -500 Miami-Dade Hospital | | | | | | | | | |
| 234.  -503 Caterpillar | | | | | Buy (add'l) | 7/3/12 | M | | |
| 235.  -503 Caterpillar | | | | | Buy (add'l) | 7/5/12 | L | | |
| 236.  -503 Caterpillar | | | | | Buy (add'l) | 7/20/12 | L | | |
| 237.  -503 Caterpillar | | | | | Buy (add'l) | 8/1/12 | L | | |
| 238.  -503 Caterpillar | | | | | Sold (part) | 8/9/12 | M | D | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CRISTOL, A. J. | 11/05/2013 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239.  -503 Caterpillar | | | | | Sold (part) | 8/20/12 | M | E | |
| 240.  -503 Caterpillar | | | | | Sold (part) | 8/20/12 | M | E | |
| 241.  -504 GE | | | | | | | | | |
| 242.  -506 JEA Bulk Electricity | | | | | Sold (part) | 12/20/12 | J | B | |
| 243.  -507 Palm Beach Waste | | | | | | | | | |
| 244.  -519 Miami-Dade Aviation | | | | | Sold (part) | 2/15/12 | L | C | |
| 245.  -545 Ft. Myers | | | | | | | | | |
| 246.  -549 New York Development | | | | | | | | | |
| 247.  -551 Hernando Beach | | | | | | | | | |
| 248.  -575 Port Palm Beach | | | | | | | | | |
| 249.  -576 Cape Coral | | | | | | | | | |
| 250.  -577 Leon County | | | | | Sold | 10/10/12 | K | C | |
| 251.  -582 Indian Trace Community Dev | | | | | | | | | |
| 252.  -584 S Indian WTR | | | | | | | | | |
| 253.  -585 Cape Coral Imp.1 | | | | | | | | | |
| 254.  -587 N. PLM BCH IMPT | | | | | | | | | |
| 255.  -590 IL Fin | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CRISTOL, A. J. | 11/05/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256.  -592 Martin Co Health | | | | | Redeemed | 12/17/12 | K | A | |
| 257.  -593 Hillsborough Ida | | | | | | | | | |
| 258.  -595 Leesburg | | | | | | | | | |
| 259.  -597 Jacksonville IMPT | | | | | | | | | |
| 260.  -603 Volusia County | | | | | | | | | |
| 261.  -604 FL State Mid Bay Bridge | | | | | | | | | |
| 262.  -605 Lee Mem Hlth | | | | | | | | | |
| 263.  -606 Univ Fla | | | | | | | | | |
| 264.  -608 FL St Govtl Util | | | | | | | | | |
| 265.  -612 FL State ED Sys | | | | | | | | | |
| 266.  -613 Univ Cnt Fla | | | | | | | | | |
| 267.  -617 South Indian Riv Wtr | | | | | | | | | |
| 268.  -618 Indian Trace | | | | | | | | | |
| 269.  -621 Volusia | | | | | | Sold | 10/11/12 | L | B | |
| 270.  -622 Escrow Finlay | | | | | | | | | |
| 271.  -625 U.S. Concrete, Inc. (USCR) | | | | | | | | | |
| 272.  -627 Google | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CRISTOL, A. J. | 11/05/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. -629 Univ Fla Resh | | | | | | | | | |
| 274. -632 Windstream | | | | | Sold | 10/01/12 | J | A | |
| 275. -636 IBM | | | | | | | | | |
| 276. -639 HCA | | | | | | | | | |
| 277. -642 Cityplace | | | | | | | | | |
| 278. -643 Bay Cnty Fl Sales Tax Rev | | | | | | | | | |
| 279. -644 Cape Coral FL SPL Oblig Rev | | | | | | | | | |
| 280. -657 Hudson YDS Infrastructure Corp | | | | | | | | | |
| 281. -659 Indiana Mun PWR AGY PWR Supply | | | | | | | | | |
| 282. -660 Jacksonville FL SPL Rev | | | | | Sold (part) | 2/13/12 | L | B | |
| 283. -662 Lake Cnty FL Sch Brd CTF Partn | | | | | | | | | |
| 284. -666 Miami-Dade Cnty FL Sch Brd CT | | | | | Sold (part) | 2/13/12 | K | B | |
| 285. -668 New York Convention Ctr Dev Co | | | | | | | | | |
| 286. -669 Northern IL Mun Pwr Agy Pwr Pr | | | | | | | | | |
| 287. -670 Orlando & Orange Cnty Expy Aut | | | | | Sold (part) | 2/15/12 | M | C | |
| 288. -674 Port St. Lucie Fl Research Faci | | | | | | | | | |
| 289. -676 Univeristy Medicine & Dentisty | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CRISTOL, A. J. | 11/05/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. -19 Walt Disney | | | | | | | | | |
| 291. -93 Donald. F. Rubin, INC. | | | | | | | | | |
| 292. -98 IBM | | | | | | | | | |
| 293. -763 Bristol Myers | | | | | | | | | |
| 294. -690 Raymond James Financial (X) | | | | | Buy | 2/29/12 | M | | |
| 295. -691 Sandridge Mississippian TR (X) | | | | | Buy | 2/22/12 | M | | |
| 296. -697 United States Steel (X) | | | | | Buy | 1/31/12 | M | | |
| 297. -702 UBS AG Contingent Ros RTY (X) | | | | | Buy | 6/26/12 | K | | |
| 298. -703 Michael Kors Hldgs LTD (X) | | | | | Buy | 8/2/12 | J | | |
| 299. -704 Allergan INC (X) | | | | | Buy | 8/1/12 | J | | |
| 300. -705 Check Point Software Tech LTD ILS (X) | | | | | Buy | 7/26/12 | J | | |
| 301. -706 Fortinet Inc (X) | | | | | Buy | 7/11/12 | J | | |
| 302. -707 Best Buy Co Inc (X) | | | | | Buy | 6/28/12 | K | | |
| 303. -709 American Tower Corp (X) | | | | | Buy | 6/01/12 | J | | |
| 304. -710 Canadian Riv Mun (X) | | | | | Buy | 3/28/12 | K | | |
| 305. -711 El Paso Pipiline Partners (X) | | | | | Buy | 4/13/12 | K | | |
| 306. -711 El Paso Pipiline Partners (X) | | | | | Buy (add'l) | 6/18/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CRISTOL, A. J. | 11/05/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 307. -712 EUnits 2 Yr US Mkt Trust (X) | | | | | Buy | 5/29/12 | M | | |
| 308. -713 Florida St Dept Transn (X) | | | | | Buy | 4/03/12 | K | | |
| 309. -714 Frisco TX Natio (X) | | | | | Buy | 5/1/12 | K | | |
| 310. -715 Georgia Hsg & Fin Auth (X) | | | | | Buy | 6/11/12 | L | | |
| 311. -718 Kentucky HSG Corp (X) | | | | | Buy | 3/27/12 | K | | |
| 312. -719 Kinder Morgan Energy Partners (X) | | | | | Buy | 5/9/12 | K | | |
| 313. -719 Kinder Morgan Energy Partners (X) | | | | | Buy (add'l) | 6/11/12 | J | | |
| 314. -720 Lord Abbet Floating (X) | | | | | Buy | 3/26/12 | J | | |
| 315. -720 Lord Abbet Floating (X) | | | | | Buy (add'l) | 5/21/12 | K | | |
| 316. -721 McDonalds Corp (X) | | | | | Buy | 6/8/12 | J | | |
| 317. -722 Mednax Inc (X) | | | | | Buy | 4/27/12 | J | | |
| 318. -722 Mednax Inc (X) | | | | | Buy (add'l) | 5/4/12 | J | | |
| 319. -722 Mednax Inc (X) | | | | | Buy (add'l) | 5/24/12 | J | | |
| 320. -724 Microsoft Corp (X) | | | | | Buy | 5/7/12 | J | | |
| 321. -724 Microsoft Corp (X) | | | | | Buy (add'l) | 6/1/12 | J | | |
| 322. -725 Miller Convertible Fund Class A (X) | | | | | Buy | 5/21/12 | K | | |
| 323. -726 MSC Indl Direct Co Inc (X) | | | | | Buy | 6/5/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CRISTOL, A. J. | 11/05/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324. -727 Neveda ST Fgic (X) | | | | | Buy | 3/26/12 | K | | |
| 325. -728 Nike Inc CL (X) | | | | | Buy | 6/14/12 | J | | |
| 326. -729 Qualcomm Inc (X) | | | | | Buy | 4/25/12 | J | | |
| 327. -729 Qualcomm Inc (X) | | | | | Buy (add'l) | 6/21/12 | J | | |
| 328. -730 RS Floating Rate Fund Class A (X) | | | | | Buy | 3/26/12 | K | | |
| 329. -730 RS Floating Rate Fund Class A (X) | | | | | Buy (add'l) | 5/21/12 | J | | |
| 330. -731 SPDR Gold Trust (X) | | | | | Buy | 4/4/12 | K | | |
| 331. -731 SPDR Gold Trust (X) | | | | | Buy (add'l) | 6/28/12 | K | | |
| 332. -732 Teva Pharmaceuticals Ind (X) | | | | | Buy | 5/22/12 | J | | |
| 333. -733 Thermo Fisher Scientific Inc (X) | | | | | Buy | 5/7/12 | J | | |
| 334. -733 Thermo Fisher Scientific Inc (X) | | | | | Buy (add'l) | 6/25/12 | J | | |
| 335. -735 Union Pacific Corp (X) | | | | | Buy | 5/18/12 | J | | |
| 336. -736 Wynn Resorts (X) | | | | | Buy | 5/21/12 | J | | |
| 337. -708 Agco Corp (X) | | | | | Buy | 3/28/12 | J | | |
| 338. -708 Agco Corp (X) | | | | | Sold | 12/20/12 | J | A | |
| 339. -723 Miami-Dade Cnty FL Avia (X) | | | | | Buy | 6/15/12 | L | | |
| 340. -734 Tibco Software Inc (X) | | | | | Buy | 5/29/12 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CRISTOL, A. J. | 11/05/2013 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 341.  -734 Tibco Software Inc (X) | | | | | Sold | 12/6/12 | J | A | |
| 342.  -1 TJX Cos Inc New (X) | | | | | Buy | 12/27/12 | J | | |
| 343.  -2 Panera Bread Comp CL A (X) | | | | | Buy | 12/21/12 | J | | |
| 344.  -3 AT&T Inc (X) | | | | | Buy | 12/21/12 | J | | |
| 345.  -4 SPDR Gold Trust (X) | | | | | Buy | 12/20/12 | J | | |
| 346.  -5 Heico Corp New (X) | | | | | Buy | 12/12/12 | J | | |
| 347.  -6 Israel Chemicals LTD ADR (X) | | | | | Buy | 8/31/12 | J | | |
| 348.  -6 Israel Chemicals LTD ADR (X) | | | | | Buy (add'l) | 9/4/12 | J | | |
| 349.  -6 Israel Chemicals LTD ADR (X) | | | | | Buy (add'l) | 11/12/12 | J | | |
| 350.  -6 Israel Chemicals LTD ADR (X) | | | | | Buy (add'l) | 11/14/12 | J | | |
| 351.  -7 Technology Sector SPDR Trust SHS (X) | | | | | Buy | 11/8/12 | J | | |
| 352.  -8 Angel Oak Multi Strategy (X) | | | | | Buy | 10/26/12 | K | | |
| 353.  -9 Pepsico Inc (X) | | | | | Buy | 10/23/12 | J | | |
| 354.  -10 TCW Total Return Bond Fund (X) | | | | | Buy | 10/12/12 | K | | |
| 355.  -11 Double Line Total Return Fund N (X) | | | | | Buy | 10/12/12 | K | | |
| 356.  -12 Yahoo Inc (X) | | | | | Buy | 10/04/12 | J | | |
| 357.  -13 Hercules Technology Growth (X) | | | | | Buy | 9/10/12 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CRISTOL, A. J. | 11/05/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 358.  -14 Yum! Brands Inc (X) | | | | | Buy | 8/24/12 | J | | |
| 359.  -15 Lord Abbett Floating Rate Fund A (X) | | | | | Buy | 8/20/12 | J | | |
| 360.  -16 RS Floating Rate Fund A (X) | | | | | Buy | 8/20/12 | J | | |
| 361.  -17 UBS AG Trigger PS SX5E (X) | | | | | Buy | 10/29/12 | K | | |
| 362.  Trust # 3 | D | Interest | P1 | T | | | | | |
| 363.  Trust # 3 | E | Dividend | P1 | T | | | | | |
| 364.  -323 Coca-Cola | | | | | | | | | |
| 365.  -334 Dade County | | | | | Sold (part) | 5/3/12 | N | E | |
| 366.  -465 FSU Financial | | | | | Redeemed | 10/01/12 | K | | |
| 367.  -728 Walt Disney | | | | | | | | | |
| 368.  -769 Alcoa | | | | | | | | | |
| 369.  -68 Allied Defense | | | | | | | | | |
| 370.  -104 Hillsborough | | | | | | | | | |
| 371.  -105 Hillsborough | | | | | | | | | |
| 372.  -207 Helios | | | | | | | | | |
| 373.  -225 Six Flags | | | | | | | | | |
| 374.  - 310 General Motors | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

Page 27 of 33

Name of Person Reporting

CRISTOL, A. J.

Date of Report

11/05/2013

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 375. -311 General Motors | | | | | | | | | |
| 376. -248 Chicos | | | | | | | | | |
| 377. -259 LennarA | | | | | | | | | |
| 378. -264 General Motors | | | | | | | | | |
| 379. -265 AK Steel | | | | | Buy (add'l) | 1/31/12 | L | | |
| 380. -276 General Motors | | | | | | | | | |
| 381. -277 Bank of America | | | | | | | | | |
| 382. -285 Ford Motor | | | | | Buy (add'l) | 1/04/12 | M | | |
| 383. -285 Ford Motor | | | | | Buy (add'l) | 4/10/12 | M | | |
| 384. -363 Bristol Myers | | | | | Buy (add'l) | 10/02/12 | L | | |
| 385. -414 Occidental Petro | | | | | Buy (add'l) | 4/26/12 | M | | |
| 386. -414 Occidental Petro | | | | | Buy (add'l) | 5/3/12 | L | | |
| 387. -414 Occidental Petro | | | | | Buy (add'l) | 5/8/12 | M | | |
| 388. -414 Occidental Petro | | | | | Buy (add'l) | 5/15/12 | M | | |
| 389. -414 Occidental Petro | | | | | Sold (part) | 1/17/12 | M | E | |
| 390. -414 Occidental Petro | | | | | Sold (part) | 8/7/12 | M | D | |
| 391. -424 James River | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CRISTOL, A. J. | 11/05/2013 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 392. -434 Six Flags | | | | | | | | | |
| 393. -449 US Concrete | | | | | | | | | |
| 394. -452 Maxcom | | | | | | | | | |
| 395. -483 Fammie Mae | | | | | | | | | |
| 396. -515 Hillsborough | | | | | Redeemed (part) | 10/01/12 | K | | |
| 397. -540 BP | | | | | Buy (add'l) | 9/27/12 | L | | |
| 398. -589 Herons | | | | | | | | | |
| 399. -611 Halifax | | | | | | | | | |
| 400. -620 Brevard Health | | | | | | | | | |
| 401. -623 US Concrete Inc. B | | | | | | | | | |
| 402. -624 US Concrete Inc. A | | | | | | | | | |
| 403. -628 Highlands Health | | | | | | | | | |
| 404. -648 Chicago IL o Hare Intl Arpt Re | | | | | Sold | 9/25/12 | L | | |
| 405. -654 Ford MTR Company Del COM PAR | | | | | Sold (part) | 6/28/12 | J | A | |
| 406. -654 Ford MTR Company Del COM PAR | | | | | Sold (part) | 8/7/12 | J | A | |
| 407. -654 Ford MTR Company Del COM PAR | | | | | Buy (add'l) | 9/26/12 | M | | |
| 408. -655 Hawaii ST Arpts Sys Rev | | | | | Sold | 10/02/12 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CRISTOL, A. J. | 11/05/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 409.  -656 Hernando Cnty Fl Sch Brd CTF | | | | | Sold (part) | 9/25/12 | L | | |
| 410.  -675 Southern Copper Corporation | | | | | Buy (add'l) | 1/13/12 | L | | |
| 411.  -675 Southern Copper Corporation | | | | | Buy (add'l) | 2/13/12 | M | | |
| 412.  -675 Southern Copper Corporation | | | | | Buy (add'l) | 2/14/12 | L | | |
| 413.  -675 Southern Copper Corporation | | | | | Buy (add'l) | 2/29/12 | L | | |
| 414.  -675 Southern Copper Corporation | | | | | Buy (add'l) | 7/26/12 | M | | |
| 415.  -675 Southern Copper Corporation | | | | | Sold (part) | 1/18/12 | N | E | |
| 416.  -675 Southern Copper Corporation | | | | | Sold (part) | 8/7/12 | M | D | |
| 417.  -675 Southern Copper Corporation | | | | | Sold | 9/19/12 | N | E | |
| 418.  -680 Freeport-Mcmoran Copper & Gold (X) | | | | | Buy | 2/13/12 | M | | |
| 419.  -680 Freeport-Mcmoran Copper & Gold (X) | | | | | Buy (add'l) | 2/14/12 | M | | |
| 420.  -680 Freeport-Mcmoran Copper & Gold (X) | | | | | Buy (add'l) | 2/29/12 | M | | |
| 421.  -680 Freeport-Mcmoran Copper & Gold (X) | | | | | Buy (add'l) | 7/31/12 | L | | |
| 422.  -680 Freeport-Mcmoran Copper & Gold (X) | | | | | Sold (part) | 8/23/12 | L | C | |
| 423.  -682 Hess Corporaion (X) | | | | | Buy | 2/15/12 | M | | |
| 424.  -682 Hess Corporaion (X) | | | | | Buy (add'l) | 2/16/12 | L | | |
| 425.  -682 Hess Corporaion (X) | | | | | Buy (add'l) | 3/7/12 | L | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CRISTOL, A. J. | 11/05/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 426. -683 Lone Pine Res Incorporated (X) | | | | | Buy | 2/17/12 | L | | |
| 427. -684 Marathon Oil Corporation (X) | | | | | Buy | 3/13/12 | N | | |
| 428. -687 Plum Creek Timber Company (X) | | | | | Buy | 9/24/12 | L | | |
| 429. -696 Teva Pharmaceutical Industries (X) | | | | | Buy | 7/20/12 | L | | |
| 430. -696 Teva Pharmaceutical Industries (X) | | | | | Buy (add'l) | 7/30/12 | K | | |
| 431. -696 Teva Pharmaceutical Industries (X) | | | | | Sold | 11/05/12 | M | A | |
| 432. -699 Whiting USA TR II (X) | | | | | Buy | 3/23/12 | M | | |
| 433. -699 Whiting USA TR II (X) | | | | | Buy (add'l) | 5/29/12 | M | | |
| 434. -700 Whiting USA TR I (X) | | | | | Buy | 6/12/12 | M | | |
| 435. -700 Whiting USA TR I (X) | | | | | Sold (part) | 12/31/12 | K | A | |
| 436. -1 Caterpillar Incorporated (X) | | | | | Buy | 9/4/12 | L | | |
| 437. -1 Caterpillar Incorporated (X) | | | | | Buy (add'l) | 9/10/12 | L | | |
| 438. -1 Caterpillar Incorporated (X) | | | | | Buy (add'l) | 9/11/12 | L | | |
| 439. -2 International Business Machines (X) | | | | | Buy | 9/6/12 | M | | |
| 440. -2 International Business Machines (X) | | | | | Buy (add'l) | 9/11/12 | L | | |
| 441. -2 International Business Machines (X) | | | | | Sold | 9/24/12 | N | D | |
| 442. -3 Occidental Pete Corporation (X) | | | | | Buy | 9/6/12 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

Page 31 of 33

**Name of Person Reporting**

CRISTOL, A. J.

**Date of Report**

11/05/2013

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 443.  -4 General Electric Company(X) | | | | | Buy | 9/6/12 | M | | |
| 444.  -4 General Electric Company(X) | | | | | Buy (add'l) | 9/11/12 | M | | |
| 445.  -4 General Electric Company(X) | | | | | Buy (add'l) | 9/14/12 | M | | |
| 446.  -4 General Electric Company(X) | | | | | Buy (add'l) | 10/24/12 | M | | |
| 447.  -5 Transocean Limited Reg (X) | | | | | Buy | 9/20/12 | N | | |
| 448.  -5 Transocean Limited Reg (X) | | | | | Buy (add'l) | 9/26/12 | M | | |
| 449.  -5 Transocean Limited Reg (X) | | | | | Sold | 11/09/12 | N | E | |
| 450.  -6 Stellus Cap Invt (X) | | | | | Buy | 11/13/12 | L | | |
| 451.  -7 Access Midstream Partners(X) | | | | | Buy | 12/18/12 | M | | |
| 452. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CRISTOL, A. J. | 11/05/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

NOTE 1:

THE REPORTING INDIVIDUAL WAS TRUSTEE AND PERSONAL REPRESENTATIVE OF TRUST #1 AND ESTATE #1, RESPECTIVELY. DURING 2012 THE INVESTMENTS IN TRUST #1 AND ESTATE #1 WERE TRANSFERRED TO EITHER TRUST #2 OR TRUST #3. BOTH TRUST #2 AND #3 ARE NEWLY FORMED IN 2012. SOME INVESTMENTS WERE SOLD WHILE IN TRUST #1 AND THAT ACTIVITY HAS BEEN REPORTED UNDER THE HEADER OF TRUST #1. INVESTMENTS THAT WERE NOT SOLD UNDER TRUST#1 WERE TRANSFERRED TO TRUST #2 OR TRUST #3 AND ARE REPORTED UNDER THE APPROPRIATE HEADER – IN CORRESPONDING LINE ORDER FROM THE 2011 REPORT.

ACTIVITY FOR ESTATE #1 IS NOT REPORTED SEPARATELY AS NO REPORTABLE ACTIVITY OCCURRED DURING THAT TIME.

TRUST #1 AND ESTATE #1 HOLD NO VALUE AT THE END OF 2012.

NOTE 2:

LINE ITEM 283 (FROM THE 2011 REPORT) WAS COMBINED WITH LINE ITEM 282 (FROM THE 2011 REPORT). IN THIS 2012 REPORT THE INVESTMENT IS REPORTED AS ONE.

RESPECTFULLY,
AJC

**FINANCIAL DISCLOSURE REPORT**

Page 33 of 33

Name of Person Reporting

CRISTOL, A. J.

Date of Report

11/05/2013

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **S/ A. J. CRISTOL**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544